No. 05–284.   SMALL v. FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante*, p. 972; and

No. 05–5606.   BARBER v. GONZALES, ATTORNEY GENERAL, *ante*, p. 911.   Petitions for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.

No. 04–8955.   REDDEN v. RAFFERTY, WARDEN, ET AL., 544 U. S. 1022.   Motion for leave to file petition for rehearing denied.

DECEMBER 12, 2005

No. 04–1139.   SPELLINGS, SECRETARY OF EDUCATION v. LEE. C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lockhart* v. *United States*, *ante*, p. 142.